UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

   **Petitioner,**

v.                                                          Case No.  1:25-cv-109-TKW-HTC

**SHERIFF BOB GUALTIERI**
and **PINELLAS COUNTY JAIL,**

   **Respondents.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as frivolous.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** as frivolous.

3. The Clerk shall enter judgment in accordance with this Order and close this case file.

**DONE AND ORDERED** this 9th day of June, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**